# SUPREME COURT OF PENNSYLVANIA

125 A.3d 775–779

| | | | |
|---|---|---|---|
| Angino & Rovner, PC v. Santander Bank, N.A. | 08/25/2015 274 MAL (2015) | Denied | Pa.Super., 118 A.3d 457 |
| Atlantic Community Bankers Bank, Inc. v. Daniels | 08/25/2015 295 MAL (2015) | Denied | Pa.Super., 120 A.3d 1058 |
| Atlantic Nat. Trust Ltd. Liability Co. v. Ruddy | 08/19/2015 242, 243 MAL (2015) | Denied | Pa.Super., 120 A.3d 1042 |
| Bair v. Manor Care of Elizabethtown, PA, LLC | 08/21/2015 118 MAL (2015) | Denied | Pa.Super., 108 A.3d 94 |
| Com. v. Anderson | 08/31/2015 131 EAL (2015) | Denied | Pa.Super., 120 A.3d 385 |
| Com. v. Anthony | 08/25/2015 243 EAL (2015) | Denied | Pa.Super., 120 A.3d 1066 |
| Com. v. Bidelman | 08/31/2015 185 WAL (2015) | Denied | Pa.Super., 121 A.3d 1133 |
| Com. v. Blenman | 08/26/2015 189 MAL (2015) | Denied | Pa.Super., 120 A.3d 386 |